22-811
SECT. I MAG.4

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Jason J. Spikes
v.
22ND District Judge Raymond Childress

Case No.

Petition For A Writ Of Habeas Corpus Under 28 U.S.C § 2241

Correction of Federal Codes on fourth page

Personal Information

TENDERED FOR FILING
MAR 28 2022
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1. (a) Your full name: Jason J. Spikes
   (b) Other names you have used: Jason J. Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy. 21 Angie, LA 70426
   (c) Your identification number: 537025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA

Fee
Process
X Dktd
CtRmDep
Doc.No.

70438-0607
(b) Docket number of criminal case: # 16-CRG-129868
(c) Date of sentencing: June 26, 2017

Decesion or Action You Are Challenging

5. What are you challenging in this petition
Other: Keeping a case open pass statue of limitations

6. Provide more information about the decision or action you are challenging:
(a) Name and location of the agency or court: 22ND Judicial District Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number: 14-CRG-126847
(c) Decision or action you are challenging: Keeping a case open pass statue of limitations
(d) Date of the decision or action: I haven't got to the point to file

Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy? No
(b) If you answered "No," explain why you did not appeal: I haven't got to the point to file an appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court? No
(b) If you answered "No," explain why you did not file a second appeal: I

haven't got to the point to file an appeal.

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground

GROUND ONE: 5th and 14th Amendments

(a) Supporting facts: I was arrested on Oct. 9, 2014 for 3x Att. Murders and P.W.I.D. cocaine. I went to trail on these charges in April 2016. As of today December 28, 2021 the 22ND J.D.C with Judge Raymond Childress being over these cases still have these charges pending on me. I'm scheduled to go back to court on January 25, 2022 these charges is way over there limitations

(b) Did you present Ground One in all appeals that were available to you? No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not. I can't file into the district court to get an answer on a motion, because I'm lock up and if

I mail ~~them~~ it to the district court it's not going to get put on the docket. So, I have to wait until I get out to make sure it get put on the docket in the district court so I can appeal.

Request for Relief

15. State exactly what you want the court to do: Civil, Criminal, and Administrative Liabilities

Correction of Fed. Codes
(on front under)
Petition For A Writ Of Habeas Corpus Under 28 U.S.C. §2241
28 USCA §1651
28 USCA §1367 Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 03-07-2022

Jason Spikes

Jason J. Spikes
537025
R.C.C.
27268 Hwy. 21
Angie, LA 70426

US POSTAGE PITNEY BOWES
ZIP 70426 $ 001.96⁰
02 4W
0000374756 MAR 2022

Eastern District of Louisiana
500 Poydras St
New Orleans, LA 70130

JAN 25 2022

Signature Should Match Tape
If Not
Tampered With